# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Daniel Saldana,<br><br>　　　　　Defendant(s). | 2:23-cr-00114-CDS-MDC<br><br>**ORDER SETTING HEARING** |

IT IS ORDERED that the parties shall appear in-person at **11:00 a.m. on August 9, 2024 in Courtroom 3B** for a hearing on the Federal Public Defender's motions:

1. *Motion to Dismiss Counsel for the Defense Attorney & for Appointment of Counsel by Daniel Saldana.* ECF No. 50;

2. *Motion to Seal Motion to file Motion to Withdraw Under Seal by Daniel Saldana.* ECF No. 51; and

3. *Sealed Ex Parte Motion to Withdraw as Attorney by Benjamin F. J. Nemec for Daniel Saldana.* ECF No. 52.

Dated this 31st day of July 2024.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge