**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00114-CDS-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DANIEL SALDANA, | |
| Defendants. | |

IT IS THEREFORE ORDERED that the motion hearing currently scheduled for August 9, 2024, at 11:00 a.m., be vacated and continued to August 13, 2024 at the hour of 9:30 am in LV Courtroom 3C before Magistrate Judge Maximiliano D Couvillier, III.

DATED this 8th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE