# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff<br><br>v.<br><br>Daniel Saldana,<br><br>            Defendant | Case No.: 2:23-cr-00114-CDS-MDC-1<br><br>**Order Denying Stipulation to Continue Calendar Call and Trial Date**<br>**(Seventh Request)**<br><br>[ECF No. 72] |

In their seventh stipulation to continue calendar call and trial dates, the parties seek to move the trial date from April 7, 2025, to a date no sooner than sixty days. ECF No. 72. The parties represent that they have reached an agreement in principle and negotiated a plea, so defense counsel requires additional time to meet and discuss the plea agreement with defendant Daniel Saldana.

The court finds it unnecessary to extend the trial to June given that counsel still has forty-five days in which to earnestly review the plea agreement with his client and determine whether to accept or reject the offer. Therefore, the seventh request to continue calendar call and trial dates **[ECF No. 72] is DENIED**.

Dated: February 21, 2025

_____
Cristina D. Silva
United States District Judge