UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff<br>v.<br>Daniel Saldana,<br>Defendants | Case No. 2:23-cr-00114-CDS-MDC<br>**Order Striking Motion**<br>[ECF No. 90] |

On July 30, 2026, defendant Daniel Saldana filed a pro se motion to compel the Federal Bureau of Prisons to run his federal and state sentences concurrent with each other. *See* Mot., ECF No. 90. Local Rule IA 11-6(a) states "a party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6(a). Stated otherwise, Local Rule IA 11-6(a) "prevents parties represented by counsel from filing documents pro se." *United States v. Lay*, 2024 WL 2092001, at *1 (D. Nev. May 9, 2024) (citing *United States v. Alva*, 2016 WL 11645518, at *1 (D. Nev. June 29, 2016)). Consequently, because Saldana is still represented by counsel, and was at the time he filed the motion, his pro se filing directly violates the court's local rules.

IT IS HEREBY ORDERED that the defendant's motion **[ECF No. 90] is stricken**.

Dated: October 22, 2026



Cristina D. Silva
United States District Judge