UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff<br>v.<br>Daniel Saldana,<br>Defendant | Case No. 2:23-cr-00114-CDS-MDC-1<br>**Order Granting Defendant's Motion for Appointment of Counsel**<br>[ECF No. 95] |

Defendant Daniel Saldana moves for the appointment of counsel to address a discrepancy between the court's sentence and the Bureau of Prisons' implementation of that sentence. ECF No. 95. Because the appointment of Saldana's prior CJA counsel has expired, the motion is GRANTED.

It is ordered that this matter is referred to the CJA Resource Counsel for the appointment of counsel, either through the Criminal Justice Act (CJA) or the Federal Public Defender's Office (FPD). Upon the appointment of new counsel, prior defense counsel will be terminated from this action.

Dated: November 23, 2026

Cristina D. Silva
United States District Judge